IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHANIEL WARREN,

    Plaintiff,

vs.                                                    No. 1:12-CV-00838-CG-LFG

HIGH COUNTRY TRANSPORTATION, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS MATTER**, having come before the Court upon the Joint Motion of the parties, Defendant High Country Transportation, Inc. and Plaintiff Nathaniel Warren, to Dismiss, the Court, having reviewed the pleadings and being otherwise fully informed **FINDS** that the Motion is well-taken and shall be **GRANTED**.

Plaintiff's Complaint is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE